UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Malcolm J. Wiley,

                Plaintiff,

v.

Ramsey County Chief Deputy Sheriff
and Ramsey County Health Services,

                Defendants.

Case No. 23-CV-470 (KMM/JFD)

**ORDER**

The above matter comes before the Court upon the Report and Recommendation (R&R) of United States Magistrate Judge John F. Docherty dated June 20, 2023. No objections have been filed to that R&R in the time period permitted.

The Court reviews de novo any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F. Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of the R&R and the record in this case, the Magistrate Judge committed no error, clear or otherwise.

IT IS HEREBY ORDERED that this action be **DISMISSED WITHOUT PREJUDICE**.

**Let Judgment Be Entered Accordingly.**

Date: **August 11, 2023**　　　　　　　　　　*s/ Katherine M. Menendez*
　　　　　　　　　　　　　　　　　　　　　　Katherine M. Menendez
　　　　　　　　　　　　　　　　　　　　　　United States District Judge